UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KHALIFAH ABD-AL MUBAYMIN FARUQ, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TROY STEELE, et al., | ) ) ) |
| Defendants. | ) |

No.  4:12-CV-1437-JCH

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1]  Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury.  The allegations in the complaint are vague and do not show that any particular defendant is subjecting

---

[1] Faruq v. Christian County, Mo., 6:07-CV-3197-RED  (W.D. Mo.); Faruq v. Schriro, 5:00-CV-6053-HFS (W.D. Mo.); Faruq v. Schriro, 4:98-CV-596 RWS (E.D. Mo.); see also Faruq v. Lewis, 6:05-CV-3295-GAF (W.D. Mo.) (dismissing case pursuant to 28 U.S.C. 1915(g)); and Faruq v. Tobin, 6:08-CV-3133-GAF (W.D. Mo.) (same).

plaintiff to future danger. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

The Court notes that plaintiff intended to bring this case as a class action, on behalf of other similarly situated African-American Muslim inmates. A *pro se* party may not represent a class action in federal court. See 7A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 1769.1; Fed. R. Civ. P. 23(a)(4). If the other inmates listed in plaintiff's complaint wish to file complaints against prison officials, they must do so by each filing their own complaints in the appropriate court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel is **DENIED** as moot.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 23rd day of August, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE