# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KHALIFAH ABD-AL MUBAYMIN FARUQ, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 4:12-CV-1437-JCH |
| TROY STEELE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration. On August 23, 2012, the Court dismissed plaintiff's complaint under 28 U.S.C. § 1915(g) because plaintiff has three strikes and the complaint failed to allege or show that plaintiff was in imminent danger of serious physical injury. Plaintiff requests that the Court reconsider the dismissal, arguing that the complaint does show that he is in imminent danger.

The Court has reviewed the motion and has reviewed the allegations in the complaint. Plaintiff's allegations go only to past harm or are to general and conclusory to demonstrate imminent danger of serious physical injury. For example, plaintiff alleges, "PCC officials conspired and carried out a campaign of terroristic attacks upon [African-American Muslims] without censor or retribution from any of Missouri

Department of Correction Directors." Such allegations fail to show that plaintiff is in imminent danger. As a result, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. 10] is **DENIED**.

Dated this <u>14th</u> day of September, 2012.

           /s/Jean C. Hamilton
           JEAN C. HAMILTON
           UNITED STATES DISTRICT JUDGE